UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -4 P 6: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Aaron Gale Velasquez ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mJ8448 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 885259 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Mayra Encarnacion Cruz
@ ICE 06333-298

DATED: 6/3/08

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk   T. ROMERO